WK:AA
F. #2022R00046

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ATAHUALPA RODRIGUEZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

22-MJ-333

(~~26~~ U.S.C. § 844(i))

*TAM* 18

EASTERN DISTRICT OF NEW YORK, SS:

        CRAIG GUNDERSEN, being duly sworn, deposes and states that he is a Fire Marshal with the New York City Fire Department's Bureau of Fire Investigations and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, duly appointed according to law and acting as such.

        On or about January 12, 2022, within the Eastern District of New York and elsewhere, the defendant ATAHUALPA RODRIGUEZ did knowingly, intentionally and maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in one or more activities affecting interstate and foreign commerce, to wit: a rental apartment located at 34-15 Parsons Boulevard, Queens, New York.

        (Title 18, United States Code, Section 844(i))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Fire Marshal with the New York City Fire Department's ("FDNY") Bureau of Fire Investigations and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been involved in the investigation of numerous cases involving arson and explosives. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including witness statements and security camera footage; the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On January 12, 2022, at approximately 4:45 a.m., FDNY responded to a fire at an approximately 175-unit residential apartment building located at 34-15 Parsons Boulevard in Queens, New York (the "Building"). The fire took several hours to extinguish. The fire destroyed Apartment 6LL, as pictured below.



---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

 

3. Several firefighters were injured responding to the fire. One firefighter was injured when part of the ceiling collapsed on him, knocking him to the floor. Another firefighter suffered first-degree burns. Another firefighter was hospitalized after breathing contaminated air.

4. The morning before the fire, on or about January 11, 2022, at approximately 9:00 a.m., the defendant ATAHUALPA RODRIGUEZ alerted police to a dispute he was having with the residents of Apartment 6LL. RODRIGUEZ told police that he had been wrongfully evicted from Apartment 6LL. On body camera and security footage, RODRIGUEZ was captured speaking with police in front of and inside the Apartment Building. As depicted below, he was wearing a red hoodie, a shiny black puffer jacket, a black North Face overcoat, and black boots with a reflector near the heel. He was also carrying a royal blue Adidas gym bag.

 

5.     That footage also shows the defendant ATAHUALPA RODRIGUEZ removing his face mask in the Apartment Building hallway, as captured in the below image on the right. He also provided police with photo identification, as captured in the below image on the left.

 

6. In the early morning the day after the dispute, on or about January 12, 2022, at approximately 4:40 a.m., a resident of Apartment 6LL in the Apartment Building whose identity is known to me ("Resident-1") was sleeping in a bedroom when Resident-1 awoke to the sound of breaking glass. Resident-1 got out of bed and heard a whoosh sound and the sound of glass breaking again. A voice said, "fuck you all." Resident-1 recognized the voice as belonging to the defendant ATAHUALPA RODRIGUEZ, who is known to Resident-1. Resident-1 walked out of the bedroom and saw fire.

7. Around the same time, another resident of the Apartment Building whose identity is known to me ("Resident-2"), awoke to the sound of movement on the roof of the Apartment Building. Resident-2 saw a man wearing a coat with the hood up ascending the fire escape to the roof. Resident-2 also heard glass break and saw smoke and fire coming from Apartment 6LL.

8. At approximately 4:45 a.m., moments after the events described above, security footage shows an individual walking through the Apartment Building lobby wearing the same black pants, shiny black puffer jacket underneath a black North Face overcoat, and black boots that the defendant ATAHULPA RODRIGUEZ was wearing the previous morning. Additionally, he is shown carrying what appears to be the same royal blue gym bag.




9.      Security camera footage also captures the same individual just outside the Apartment Building after the arson, walking on 35th Avenue near the intersection with Parsons Boulevard, as pictured below.  (The Apartment Building is located on Parsons Boulevard between 34th and 35th Avenues.)  The hood of the shiny black puffer coat and royal blue gym bag are again visible.



10.     Later, security camera footage near 143-30 Roosevelt Avenue, which is about six blocks away from the Apartment Building, shows an individual still wearing what appears to be the same black overcoat, black puffy jacket, red hoodie, and black boots with the

heel reflector that the defendant ATAHULPA RODRIGUEZ was wearing the morning prior when RODRIGUEZ reported his dispute with the residents of Apartment 6LL.

 

11.     Based on the above information, I submit that there is probable cause to believe the defendant ATAHUALPA RODRIGUEZ committed the arson at the Apartment Building on January 12, 2022.

12.     WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant ATAHUALPA RODRIGUEZ so that he may be dealt with according to law.

## REQUEST FOR SEALING

13. I further request that the Court order that the complaint and arrest warrant be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is not public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation by allowing targets to flee, change behavior, or destroy evidence

                                                                                 _____262
CRAIG GUNDERSEN
Fire Marshal
New York City Fire Department

Sworn to before me this day by electronic means
X̶X̶ day of March, 2022
22nd

_Taryn A. Merkl_
THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK